UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-20439-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TERRY McKNIGHT,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Defendant's competency to stand trial. (ECF No. 31). Judge Sanchez filed an R&R recommending that Defendant Terry McKnight be found competent to stand trial. (ECF No. 71 at 12). This Court has a duty to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). It also may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* The Court, having conducted a *de novo* review of the record, the issues presented in Defendant's Objections, (ECF No. 77), the government's response, (ECF No. 81), and the relevant law, agrees with Judge Sanchez that Defendant Terry McKnight is presently competent to stand trial.

    Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Sanchez's R&R, (ECF No. 71), is **AFFIRMED** and **ADOPTED**. The Court hereby finds that, at this time, Defendant Terry McKnight is competent to stand trial in this matter.

    **DONE AND ORDERED** in Miami, Florida, this 23 day of May, 2025.

                                                               _____
                                                               JOSE E. MARTINEZ
                                                               UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record