UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-CR-20439-MARTINEZ

UNITED STATES OF AMERICA

v.

TERRY MCKNIGHT,

*Defendant.*
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing for the defendant before the Magistrate Judge.

**THE MATTER** was heard in front of Magistrate Judge Eduardo I. Sanchez on November 20, 2025 **[ECF No. 103]**. A Report and Recommendation was filed on November 20, 2025, recommending that the Defendant's plea of guilty be accepted **[ECF No. 104]**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. In fact, a *Notice of Non-Objection to the Report and Recommendation on Change of Plea* was filed by both the Government **[ECF No. 105]** and Defense Counsel **[ECF No. 107]**. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 104]** of United States Magistrate Judge Eduardo I. Sanchez is hereby **AFFIRMED** and **ADOPTED** in its entirety.

1

CASE NO. 23-CR-20439

The Defendant is adjudged guilty of Counts Two and Three of the Indictment. Count Two charges the Defendant with Enticement of a Minor, in violation of Title 18, United States Code, Section 2422(b). Count Three charges the Defendant with Receipt of Child Pornography, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1). The Defendant acknowledged that he understood the statutory penalties that apply in his case.

Sentencing will be set in this matter for **Friday, February 6, 2026, at 11:00 a.m.**, before the Honorable District Judge Jose E. Martinez, at the Wilkie D. Ferguson Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 10-1, Miami, Florida 33128.

**DONE AND ORDERED** in Miami, Florida, this 3 day of December, 2025.

CECILIA M. ALTONAGA, CHIEF JUDGE,
for JOSE E. MARTINEZ,
UNITED STATES DISTRICT JUDGE

cc:  counsel of record
U.S. Magistrate Judge Eduardo I. Sanchez
U.S. Probation Office